Opinion issued August 13, 2008

 













In The

Court of Appeals

For The

First District of Texas






NO. 01-08-00554-CV






IN RE DAPHNE SCARBROUGH, Relator






Original Proceeding On Petition For Writ Of Mandamus






MEMORANDUM OPINION (1)


By petition for writ of mandamus, relator, Daphne Scarbrough, seeks vacation
of the trial court's June 20, 2008 order denying her motion to abate. In the
alternative, she seeks mandamus relief for a declaration of standing. 

We deny the petition for writ of mandamus.

 


Per Curiam


Panel consists of Justices Nuchia, Alcala, and Hanks. 

1. The underlying case is Daphne Scarbrough v. The Metropolitan Transit Authority of Harris
County, Cause No. 2007-31651, in the 215th Judicial District Court of Harris County, Texas,
the Hon. Levi Benton, presiding.